450 A.2d 1052

Commonwealth v. Jones, Appellant.

Submitted November 14, 1980.
G. William Bills, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and JOHNSON, JJ.

The judgment of sentence is affirmed.